IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

TYRONE COLLINS                                                          PETITIONER

vs.                         CASE NO. 4:03CR00025 GH
                                   4:05CV001491GH

UNITED STATES OF AMERICA                                                RESPONDENT

### ORDER

Respondent, Tyrone Collins, was indicted on March 11, 2003, on one count of mailing a threatening communication in violation of 18 U.S.C. § 876. He pled guilty on November 21, 2003, and was sentenced on February 18, 2004, to 151 months imprisonment, three years supervised release and a $100 special assessment.

On October 13, 2005, Collins filed a § 2255 motion, but did not assert any particular grounds for relief. He states that he did not appeal his conviction because *United States v. Booker*, 125 S. Ct. 738 (2005) had not yet been decided. In his motion for leave to file an amended complaint filed on October 17, 2005, he requests relief pursuant to *Booker*.

Collins' request for relief is denied as *United States v. Booker* is not applicable to criminal convictions that became final before *Booker*. *Never Misses a Shot v. United States*, 413 F. 3d 781, 783 (8th Cir. 2005).

Accordingly, the motion to vacate, set aside or correct sentence is hereby denied. All pending motions are denied as moot.

IT IS SO ORDERED this 8th day of November, 2005.

_____
J. LEON HOLMES *for* GEORGE HOWARD, JR.
UNITED STATES DISTRICT JUDGE